

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Freddie Lee Jamerson v. The State of Texas

Appellate case number:   01-19-00796-CR

Trial court case number:  1597524D

Trial court:              371st District Court of Tarrant County


Appellant's motion for rehearing is **denied.**

It is so ORDERED.


Judge's signature: /s Amparo Guerra
                        Acting for the Court

Panel consist of Justices Countiss, Rivas-Molloy, and Guerra

Date:  May 4, 2021